FILED

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0051

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0051

STATE OF MONTANA,

Plaintiff and Appellee,

v.

VERNON A. JOHNSON,

Defendant and Appellant.

FILED

MAY 05 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

This Court reviews briefs to ensure compliance with Rules 10, 11, 12, and 13 of the Montana Rules of Appellate Procedure. On March 25, 2022, Appellant Vernon A. Johnson, via counsel, submitted his Opening Brief to this Court. The Clerk submitted the filing to this Court's brief review process and upon review, it was accepted for filing.

However, it has come to our attention that the brief was not properly served in accordance with M. R. App. P. 10(2), which requires that all briefs in criminal cases appealed by the defendant shall be served upon both the County Attorney and the Attorney General. The certificate of service on Appellant's brief indicates that it was served only upon a Deputy County Attorney in Yellowstone County. Thus this brief was incorrectly accepted for filing and Appellant must correct the deficient filing for this matter to proceed.

IT IS THEREFORE ORDERED that Appellant shall, within 10 days, serve a copy of Appellant's brief on the Attorney General of the State of Montana and upon the Yellowstone County Attorney and shall file with the Clerk of this Court an Amended Certificate of Service indicating such service.

IT IS FURTHER ORDERED that all further briefing deadlines shall run from the date Appellant submits the Amended Certificate of Service and as provided in M. R. App. P. 13(1).

IT IS FURTHER ORDERED that if the Clerk of this Court does not receive an amended Certificate of Service within 10 days of the date of this Order, Appellant's Opening Brief shall be rejected.

The Clerk of this Court is directed to provide a true copy of this Order to all counsel of record.

DATED this 6 day of May, 2022.

For the Court,

By _____
Chief Justice